Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANY M. TURNER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VW CREDIT, INC.; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 2:17-cv-02538-APG-PAL<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

　　　　Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Tiffany Turner has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 23, 2017 through and including **November 13, 2017**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the

///
///
///
///
///

Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 23rd day of October, 2017.

SNELL & WILMER L.L.P.

By: */s/ Bradley T. Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Tiffany M. Turner*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: October 26, 2017

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** has been served this 23rd day of October, 2017, via electronic filing, upon:

>David H. Krieger, Esq.
>HAINES & KRIEGER, LLC
>8985 S. Eastern Ave., Suite 350
>Henderson, NV 89123
>Email: dkrieger@hainesandkrieger.com

>*/s/ Maricris Williams*
>An employee of Snell and Wilmer L.L.P.

4811-0831-2914